# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MOSES M. BARYOH, JR., )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>  ) Cause No. 1:23-cv-01002-MPB-MG<br>AUSTIN MAGNESS, in his individual and official )<br>Capacities, CHARLOTTE WATTS, in her )<br>Individual and official capacities, the BOARD OF )<br>TRUSTEES OF INDIANA UNIVERSITY, and )<br>INDIANA UNIVERSITY, )<br>  )<br>  Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Moses M. Baryoh, Jr. ("Plaintiff") and Defendants Austin Magness, Charlotte Watts, the Board of Trustees of Indiana University, and Indiana University hereby stipulate and agree that all claims asserted by the Plaintiff in the above-captioned action are hereby dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses, and other costs in connection with the above-captioned action.

Dated: September 13, 2023                                  Respectfully submitted,

*/s/ Spenser G. Benge*
The Law Office of Spenser G. Benge
3737 south Scatterfield Road, Suite 200
Anderson, Indiana 46013

*Attorney for Plaintiff Moses M. Baryoh, Jr.*

*/s/ Brian Weir-Harden*
Brian Weir-Harden (#27651-49)
Hamish S. Cohen (#22931-53)
Jeffrey N. Furminger (#34020-53)
Mattingly, Burke, Cohen, & Biederman, LLP
155 E Market St., Suite 400
Indianapolis, IN 46204

*Attorneys for Defendants Austin Magness, Charlotte Watts, the Board of Trustees of Indiana University, and Indiana University*