UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MOSES BARYOH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01002-MPB-MG |
| | ) |
| CHARLOTTE WATTS, *et. al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL AND CLOSING CASE**

The parties filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). They also specified that this dismissal is with prejudice. (Docket No. 26); Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). Stipulations of dismissal signed by all parties typically require no court order to effectuate dismissal.[1] *Pearson v. Target Corp.*, 893 F.3d 980, 986 (7th Cir. 2018). Nevertheless, the court acknowledges that this case is **DISMISSED with prejudice**.

Dated: September 15, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.

---

[1] Voluntary dismissal of a class action under Rule 23(e) is a notable exception.